```
1   DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
2   428 J Street, 3rd Floor
    Sacramento, California 95814
3   Telephone: (916) 447-0160

4

5   Attorney for Defendant
    BARBARA MIDDLETON
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,       ) No. CR S-11-478 EFB
                                    )
13                  Plaintiff,      )
                                    ) STIPULATION AND ORDER VACATING
14       v.                         ) SPECIAL CONDITION OF RELEASE
    BARBARA MIDDLETON,              )
15  Defendant.                      )
                                    )
16  _____  )
                                    )
17                                  )

18       **IT IS HEREBY STIPULATED** by and between Assistant United States

19  Attorney MICHELLE RODRIGUEZ, Counsel for Plaintiff, and Attorney Dina

20  L. Santos, Counsel for Defendant BARBARA MIDDLETON, that special

21  condition number 10 be deleted.

22       Pretrial services has informed both Counsel that Ms. Middleton's

23  Counselor has requested that the counseling be terminated and that Ms.

24  Middleton is doing well and no longer requires ongoing treatment.

25       The Court is advised that all counsel have conferred about this

26  request, that they have agreed to terminating the condition and that

27  Ms. Rodriguez has authorized Ms. Santos to sign this stipulation on her

28  behalf.
```

**IT IS SO STIPULATED.**

Dated: February 28, 2012          /s/ Dina L. Santos
                                  DINA L. SANTOS
                                  Attorney for Defendant
                                  BARBARA MIDDLETON

Dated: February 28, 2012          /s/ Michelle Rodriguez
                                  MICHELLE RODRIGUEZ
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.**

Dated: February 28, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE