Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Barbara Ann MIDDLETON |
| **Docket Number:** | 2:11CR00478-001 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable Edmund F. Brennan<br>United States Magistrate Judge<br>Sacramento, California |
| **Original Sentence Date:** | April 9, 2012 |
| **Original Offense:** | 18 USC 2, 2113(b) - Bank Larceny<br>(CLASS A MISDEMEANOR) |
| **Original Sentence:** | 12-month term of probation; $25 special assessment; $618.38 restitution |
| **Special Conditions:** | 1) Submit to search; 2) Financial disclosure; 3) Outpatient correctional treatment program for drug or alcohol abuse; 4) drug testing. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | April 9, 2012 |
| **Assistant U.S. Attorney:** | Michelle Rodriguez        **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Dina Santos        **Telephone:** (916) 447-0160 |
| **Other Court Action:** | None |

RE:   Barbara Ann Middleton
      Docket Number: 2:11CR00478-001
      PETITION TO MODIFY THE CONDITIONS OR TERM
      OF SUPERVISION WITH CONSENT OF THE OFFENDER

PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

5.   The offender shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item for sale.

**Justification:** On July 17, 2012, the offender and her boyfriend were involved in a domestic altercation, as outlined in a Sacramento Police Department report. According to the report, the offender was a passenger in the boyfriend's vehicle when they began arguing. The offender exited the vehicle and was subsequently encountered by law enforcement. The report indicates the offender showed signs of intoxication, including slightly slurred speech and an odor of alcoholic beverage, and she had a hard time keeping a consistent time line of her story. The offender told officers she had consumed a 40 ounce beer. When interviewed at a later date by the probation officer, she denied drinking at all.

The offender started regular supervision on April 9, 2012. Due to her case being a misdemeanor, and other factors, it was transferred to the low intensity caseload. As a result of the offender's law enforcement contact regarding alcohol as noted above, and her denial to the probation officer of being under the influence, this case will be transferred back to regular supervision. The offender admitted to this officer she is an alcoholic. She has agreed to further treatment and abstaining from alcohol.

In order to address the conduct, the probation officer has requested a modification of probation release terms to include the offender abstain from alcohol. The offender has agreed to the modification and has signed a waiver of hearing/modification which is attached for the Court's consideration.

Rev. 02/2012
VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD

**RE:** Barbara Ann Middleton
Docket Number: 2:11CR00478-001
<u>PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

Respectfully submitted,

*/s/ Julie A. Fowler*

**JULIE A. FOWLER**
**United States Probation Officer**
Telephone: (916) 786-0136

**DATED:** July 30, 2012
Roseville, California
/jaf

**REVIEWED BY:**   */s/ Kyriacos M. Simonidis*

**Kyriacos M. Simonidis**
**Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( x )   Modification approved as recommended.

(  )   Modification not approved at this time. Probation Officer to contact Court.

(  )   Other:

July 31, 2012
**Date**                                **Signature of Judicial Officer**

cc:   United States Probation
Michelle Rodriguez, Assistant United States Attorney
Dina Santos, Defense Counsel
Defendant
Court File